In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-549 CR


 ______________________


 

SVEN ERIK JOHANSSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 1A District Court


Tyler County, Texas


Trial Cause No. 10,205






MEMORANDUM OPINION
 

 Sven Erik Johansson filed a motion to withdraw his notice of appeal. See Tex. R.
App. P. 42.2. The request to dismiss the appeal is signed by appellant personally and by
counsel of record. No opinion has issued in this appeal. The motion is granted, and the
appeal is therefore dismissed.



 APPEAL DISMISSED. 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered November 28, 2007 

Do not publish


Before Gaultney, Kreger and Horton, JJ.